JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JESS SORIA,

                Plaintiff,

v.

SOUTHWEST AIRLINES CO. and DOES 1 through 20, inclusive,

                Defendants.

Case No.  2:19-cv-230 R(MAAx)

**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

Complaint Filed: November 5, 2018
(Los Angeles County Superior Court)
Complaint Served: December 11, 2018

Trial Date: None set

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

## ORDER

The Court has reviewed the Joint Stipulation for Dismissal of Entire Action with Prejudice (the "Stipulation") filed by Plaintiff JESS SORIA and Defendant SOUTHWEST AIRLINES CO.

IT IS HEREBY ORDERED that the entire action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO ORDERED**.

DATED: February 25, 2019 _____

HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

FIRMWIDE:162470843.1 087904.1050

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308